IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
D~      ~ADO

Civil Action No. 05-cv-01830-OES

DEC 21 2005

DONAVAN ALLEN DOSSETT,

GREGORY C. LANGHAM
CLERK

Plaintiff,

v.

JOSE VELASQUEZ GARCIA, Individually and Officially,
DOUBLETREE/HILTON HOTELS CORPORATION,
AKHI INVESTMENTS, and
GALLAGHER BASSETT, SERVICES CORPORATION,

Defendants.

ORDER FOR SUMMARY REMAND

Plaintiff Donavan Allen Dossett has filed a *pro se* "Motion to Remove Civil Case From State Court to the United States District Court for the District of Colorado Pursuant to Rule 11 of F.R.C.P." Plaintiff seeks to remove to this Court a civil case filed in the Denver County, Colorado, District Court. The Court must construe the Motion to Remove liberally, because Plaintiff is a *pro se* litigant. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

Rule 11 does not provide the authority for removal of a civil case from state court to this Court, 28 U.S.C. § 1446(a) addresses the necessary authority. Nonetheless, the Motion to Remove is deficient and will be remanded to the state court. Mr. Dossett is the plaintiff in the state court case and is not entitled to remove the case to federal court. See 28 U.S.C. § 1446(a). Accordingly, it is

ORDERED that the action is remanded summarily to the Denver County District Court.  It is

FURTHER ORDERED that the Clerk of this Court shall mail a certified copy of this Order to the Clerk of the Denver County District Court.  It is

FURTHER ORDERED that the Clerk of the Court is directed to correct the Docket as to the nature of the suit and the cause of the action.  The case is more properly identified on the Docket as a notice of removal in a state tort action as opposed to a 42 U.S.C. § 1983 Prisoner Complaint.

DATED at Denver, Colorado, this 20 day of _____ Dec. _____, 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01830-OES

Donavan Dossett
Prisoner No. 57218
Fort Lyon Correctional Facility
PO Box 1000
Fort Lyon, CO 81038-1000

Denver County District Court
1437 Bannock Street, Room 108
Denver, CO 80202

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/21/05

GREGORY C. LANGHAM, CLERK

By /s/ Andrea
      Deputy Clerk